FILED

05/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0569

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0569

FILED

MAY 06 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF G.M.P.,

An Alleged Incapacitated Person.

O R D E R

Appellant Tracee Lee Raymond has sent a letter to this Court indicating she would like to withdraw her appeal. Based upon the letter, which the Court deems a motion to dismiss, and good cause appearing,

IT IS HEREBY ORDERED that that the motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED with prejudice.

The Clerk is directed to provide copies of this Order to Appellant Tracee Lee Raymond and to all counsel of record.

DATED this 6 day of May, 2022.

For the Court,

_____
Chief Justice